## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Robert Williams III, on behalf of City of Hialeah Employees' Retirement System ("Hialeah ERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Hialeah ERS. I have reviewed the complaint with Hialeah ERS's legal counsel. Based on legal counsel's knowledge and advice, Hialeah ERS has authorized the filing of the complaint.

2. Hialeah ERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Hialeah ERS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Hialeah ERS's transactions in The Scotts Miracle-Gro Company securities that are the subject of this action are set forth in the chart attached hereto.

5. Hialeah ERS is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *City of Hialeah Employees' Retirement System v. Peloton Interactive, Inc.*,
   No. 21-cv-9582 (S.D.N.Y.).

6. Hialeah ERS has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *City of Hialeah Employees' Retirement System v. Becker*,
   No. 23-cv-1697 (N.D. Cal.)
   *Ryan v. FIGS, Inc.*, No. 22-cv-7939 (C.D. Cal.)
   *City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v.
   Barclays PLC*, No. 22-cv-8172 (S.D.N.Y.)

7. Hialeah ERS will not accept any payment for serving as a representative party on behalf of the Class beyond Hialeah ERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __5__ day of June, 2024.

Robert Williams III
Chairman
*City of Hialeah Employees' Retirement System*

**City of Hialeah Employees' Retirement System**
**Transactions in The Scotts Miracle-Gro Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/17/2021 | 1,026 | 158.7855 |
| Purchase | 12/17/2021 | 154 | 158.7855 |
| Purchase | 3/1/2022 | 20 | 139.0600 |
| Purchase | 8/5/2022 | 1,152 | 80.0663 |
| Purchase | 8/16/2022 | 20 | 84.5700 |
| Purchase | 12/14/2022 | 10 | 51.3700 |
| Purchase | 05/03/2023 | 20 | 62.3700 |
| Purchase | 06/23/2023 | 400 | 66.6000 |
| Sale | 3/23/2022 | (110) | 124.5800 |
| Sale | 6/24/2022 | (330) | 82.2700 |
| Sale | 3/1/2023 | (807) | 82.1911 |
| Sale | 3/23/2023 | (472) | 68.4262 |
| Sale | 3/24/2023 | (354) | 66.3670 |
| Sale | 3/27/2023 | (299) | 68.1827 |
| Sale | 3/28/2023 | (293) | 66.5225 |
| Sale | 3/29/2023 | (191) | 67.4960 |