**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE SCOTTS MIRACLE-GRO COMPANY, JAMES HAGEDORN, CHRISTOPHER J. HAGEDORN, MATTHEW E. GARTH, DAVID C. EVANS AND CORY J. MILLER,<br><br>Defendants. | Case No. 2:24-cv-03132<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |

**<u>ORDER</u>**

Before the Court is the parties' Joint Motion and Stipulation for Extension of Time to Respond to the Complaint. (ECF No. 9.) Having reviewed the joint motion and stipulation and finding good cause, the Court **GRANTS** the joint motion.

It is therefore **ORDERED** that the deadline for Defendants' answer, motion, or other response to the complaint is postponed, pending appointment of Lead Plaintiff(s) and Lead Counsel pursuant to the Private Securities Litigation Reform Act.

It is further **ORDERED** that, upon appointment of Lead Plaintiff(s) and Lead Counsel, Defendants and the Lead Plaintiff(s) shall meet and confer within seven days and propose to the Court a schedule for filing an operative complaint or designating the initial complaint filed in this action as the operative complaint and for Defendants' responses thereto.  No party is waiving any rights, claims, or defense of any kind except as expressly stated herein, other than improper service.

   **IT IS SO ORDERED.**

/s/ <em>Chelsey M. Vascura</em>
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE
