United States District Court
Southern District of Ohio

**FILED**
RICHARD W. NAGEL
CLERK OF COURT

**Related Case Memorandum**
**Civil Cases**

2024 JUL 10 PM 2:50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

TO: District Judge Morrison, Chief District Judge Marbley, and Magistrate Judge Vascura

FROM: Kristen Keppler , Case Administrator

DATE: July 8, 2024

SUBJECT: Case Caption: Rachel Scott v. The Scotts Miracle-Gro Company, et al.

CASE: Case Number: Doc. 2:24-cv-3636 1

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Vascura)

File Date: July 3, 2024

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** _____

Case Caption: **City of Hialeah Employees' Retirement System v. The Scotts Miracle-Gro Company, et al.**

| Case Number: | **Doc. 2:24-cv-3132 1** | District Judge: | **Marbley** |
|---|---|---|---|
| File Date: | **June 6, 2024** | Magistrate Judge: | **Vascura** |

**Related Case(s):** _____

Case Caption: _____

| Case Number: | | District Judge: | |
|---|---|---|---|
| File Date: | | Magistrate Judge: | |

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator    **Kristen Keppler**
as follows:


**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    M a r b l e y

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____


_____
United States District Judge

_____
United States District Judge


_____
United States District Judge


Cc:  Courtroom Deputies

*Revised 7/19/2012*