United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:        Judge Watson, Judge Marbley, Magistrate Judge Vascura

FROM:      Melissa Saddler_____, Case Administrator

DATE:      November 20, 2024_____

SUBJECT:   Case Caption:   Carone v. The Scotts Miracle-Gro Company et al_____

CASE:      Case Number:   2:24cv4180_____

DISTRICT JUDGE:        Judge Watson/Magistrate Judge Vascura_____

                       File Date:   11/19/2024_____

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**   _____

Case Caption:   Scott v. The Scotts Miracle-Gro Company et al_____

| Case Number: | **2:24cv3636** | District Judge: | **Marbley** |
|---|---|---|---|
| | **7/3/2024** | Magistrate Judge: | **Vascura** |

**Related Case(s):**   _____

Case Caption:   City of Hialeah Employees' Retirement System v. The Scotts Miracle-Gro Company et al

| Case Number: | **2:24cv3132** | District Judge: | **Marbley** |
|---|---|---|---|
| | **6/6/2024** | Magistrate Judge: | **Vascura** |

**Related Case(s):**   _____

Case Caption:   Rodriguez v. Hagedorn et al_____

| Case Number: | **2:24cv3880** | District Judge: | **Marbley** |
|---|---|---|---|
| | **8/23/2024** | Magistrate Judge: | **Vascura** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator ___Melissa Saddler___ as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____Marbley_____

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*