United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO: Chief Judge Morrison, Judge Marbley, Judge Hopkins, Magistrate Judge Jolson and Magistrate Judge Vascura

FROM: Eduardo Rivera , Case Administrator

DATE: December 3, 2024

SUBJECT: Case Caption: Hurst v. Aviles et al

CASE: Case Number: Doc. 2:24-cv-4190 1

DISTRICT JUDGE: Judge Morrison / Magistrate Judge Jolson

File Date: 11/22/2024

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **City of Hialeah Employees' Retirement System v. The Scotts Miracle-Gro Company et al**

| Case Number: | **Doc. 2:24-cv-3132 1** | District Judge: | **Marbley** |
|---|---|---|---|
| File Date: | **6/6/2024** | Magistrate Judge: | **Vascura** |

**Related Case(s):**

Case Caption: **Scott v. The Scotts Miracle-Gro Company et al**

| Case Number: | **Doc. 2:24-cv-3636 1** | District Judge: | **Marbley** |
|---|---|---|---|
| File Date: | **7/3/2024** | Magistrate Judge: | **Vascura** |

Memo Re: Related Civil Cases
Page 2

**Related Case(s):**

Case Caption:     **Ayers v. Hagedorn et al**

Case Number:     **Doc. 1:24-cv-0402 1**          District Judge:     **Hopkins**

File Date:     **7/30/2024**          Magistrate Judge:

**Related Case(s):**

Case Caption:     **Rodriguez v. Hagedorn et al**

Case Number:     **Doc. 2:24-cv-3880 1**          District Judge:     **Marbley**

File Date:     **8/23/2024**          Magistrate Judge:     **Vascura**

**Related Case(s):**

Case Caption:     **Carone v. The Scotts Miracle-Gro Company et al**

Case Number:     **Doc. 2:24-cv-4180 1**          District Judge:     **Marbley**

File Date:     **11/19/2024**          Magistrate Judge:     **Vascura**

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator   **Eduardo Rivera**
as follows:


**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☒   We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge   **Marbley**

☐   We agree that although the cases **are** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
**are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____


_____
United States District Judge

s/Sarah D. Morrison
United States District Judge

_____
United States District Judge


Cc:  Courtroom Deputies

*Revised 7/19/2012*