**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE THE SCOTTS MIRACLE-GRO COMPANY SECURITIES LITIGATION | Case No. 2:24-cv-03132-ALM-CMV |

## ORDER

Before the Court is the Parties' Joint Motion Regarding the Filing of Lead Plaintiffs' Consolidated Complaint (the "Complaint") and Motion to Dismiss Briefing. (ECF No. 27.) For good cause shown, the Motion is **GRANTED**. It is **ORDERED** that:

a)      Lead Plaintiffs shall file the Complaint on or before **May 9, 2025**.

b)      Defendants shall move or plead in response to the Complaint on or before J**uly 14, 2025**.

c)      If Defendants choose to respond to the Complaint under Fed. R. Civ. P. 12, Lead Plaintiffs shall file their opposition on or before **August 29, 2025**, and Defendants shall file their reply on or before **September 30, 2025**.

IT IS SO ORDERED.

s/ *Chelsey M. Vascura*

———————————————————

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE