**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE THE SCOTTS MIRACLE-GRO**        **Civil Action 2:24-cv-3132**
**COMPANY SECURITIES LITIGATION**        **Judge Algenon L. Marbley**
                                         **Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Joint Motion to Continue the June 2, 2025

Preliminary Pretrial Conference. (ECF No. 49.) For good cause shown, the Motion is

**GRANTED**.  The June 2, 2025, Preliminary Pretrial Conference is **VACATED**. The

Preliminary Pretrial Conference will be re-set by separate notice, if appropriate.


**IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE