**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE THE SCOTTS MIRACLE-GRO COMPANY SECURITIES LITIGATION,** | **Civil Action 2:24-cv-3132**<br>**Judge Algenon L. Marbley**<br>**Magistrate Judge Chelsey M. Vascura** |

## ORDER

This matter is before the Court on Parties' Joint Motion and Stipulation Regarding

Motion to Dismiss Briefing. (ECF No. 52.) For good cause shown, the Motion is **GRANTED**. It

is **ORDERED** that:

- Defendants' motion to dismiss the Complaint shall be filed on or before **July 28, 2025**;

- Lead Plaintiffs shall file their opposition on or before **September 19, 2025**; and

- Defendants shall file their reply on or before **October 20, 2025**.


**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE