## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE THE SCOTTS MIRACLE-GRO
COMPANY SECURITIES LITIGATION

Case No. 2:24-cv-03132-ALM-CMV

Judge Algenon L. Marbley

Magistrate Judge Chelsey M. Vascura

## ORDER

Before the Court is the Parties' Joint Motion and Stipulation Regarding Motion to Dismiss Briefing (ECF No. 57). Having reviewed the Joint Motion and Stipulation and finding good cause, the Court hereby **GRANTS** the joint motion. It is therefore **ORDERED** that:

a. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss the consolidated complaint on or before **September 26, 2025**; and

b. Defendants shall file their reply in support of their motion to dismiss on or before **November 5, 2025**.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE