## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE THE SCOTTS MIRACLE-GRO COMPANY SECURITIES LITIGATION | Case No. 2:24-cv-03132-ALM-CMV<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY
## IN RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
## AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Pursuant to Local Civil Rule 7.2(a)(2), Lead Plaintiffs the Employees Retirement System of the City of St. Louis and the Detectives Endowment Association Annuity Fund ("Lead Plaintiffs" or "Plaintiffs"), respectfully request leave to file a sur-reply to address authority and arguments raised for the first time in Defendants' Reply in support of their Motion to Dismiss the Complaint (the "Reply," ECF No. 62). A copy of Lead Plaintiffs' proposed sur-reply is attached as Exhibit A.

On July 28, 2025, Defendants filed their Motion to Dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 54-1). Plaintiffs filed their opposition to Defendants' Motion to Dismiss on September 26, 2025 ("Opposition," ECF No. 59), and Defendants filed their Reply on November 12, 2025. The Reply relies on new authority and raises new arguments that were not presented in Defendants' opening brief, and therefore could not have been addressed in Lead Plaintiffs' Opposition.

Specifically, in their Reply, Defendants rely heavily on the Sixth Circuit's recent decision in *Lim v. Hightower*, 2025 WL 2965692, at *1 (6th Cir. Oct. 21, 2025) ("*Lim*"). *Lim* was decided after Plaintiffs filed their Opposition. In their Reply, Defendants argued that *Lim* further supported their request for judicial notice and incorporation by reference and effectively overrules this Court's jurisprudence on judicial notice. Reply at 5-7, & n.3 (arguing "the Sixth Circuit's recent guidance in *Lim*" is "contrary" to *In re Upstart Holdings, Inc. Sec. Litig.*, 2023 WL 6379810, at *8 (S.D. Ohio Sept. 29, 2023) (Marbley, J.)). Plaintiffs seek leave to file a sur-reply to respond to Defendants' reliance on *Lim* in further support of their original arguments and to address Defendants' assertion that *Lim* alters or displaces the well accepted standards for judicial notice and incorporation by reference. Plaintiffs also seek to address an inadvertent error in Plaintiffs' Opposition that Defendants identified in their Reply at 25-26.

1

Courts in this District routinely permit sur-replies where, as here, a reply brief introduces new authority or arguments. *See, e.g., A.G. v. Bd. of Educ.*, 632 F. Supp. 3d 771, 775-76 (S.D. Ohio 2022) (granting leave to file sur-reply to address Sixth Circuit ruling issued after briefing on summary judgment motion had concluded); *Goddard v. Allegiance Adm'rs, LLC*, 2021 WL 184644, at *3-4 (S.D. Ohio Jan. 19, 2021) (Marbley, J.) (granting leave to file sur-reply to "respond to arguments and evidence Defendants pose in the Reply Brief that [plaintiff] says were not included in the Motion"); *Local 295/Local 851 IBT Emplr. Grp. Pen. Trust & Welfare Fund v. Fifth Third Bancorp.*, 731 F. Supp. 2d 689, 730 (S.D. Ohio 2010) (granting plaintiffs leave to file a sur-reply to address arguments regarding a Sixth Circuit decision issued after plaintiffs' opposition to defendants' motion to dismiss).

For the foregoing reasons, Lead Plaintiffs respectfully request that the Court grant them leave to file a sur-reply, a copy of which is attached as Exhibit A.

Dated: November 26, 2025

Respectfully submitted,

By: */s/ Richard S. Wayne*

**STRAUSS TROY CO., LPA**
Richard S. Wayne, Attorney Bar No. 0022390
William K. Flynn, Attorney Bar No. 0029536
Robert R. Sparks, Attorney Bar No. 0073573
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
Tel.: (513) 621-2120
Fax: (513) 629-9426
Email: rswayne@strausstroy.com
wkflynn@strausstroy.com
rrsparks@strausstroy.com

*Liaison Counsel for Lead Plaintiffs*

**SAXENA WHITE P.A.**
David R. Kaplan*
Emily Bishop*
505 Lomas Santa Fe Drive, Suite 180

2

Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
Email: dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Lester R. Hooker*
Jonathan Lamet*
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
Email: lhooker@saxenawhite.com
jlamet@saxenawhite.com

Steven B. Singer**
Joshua H. Salzman**
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

**BARRACK, RODOS & BACINE**
Jeffrey A. Barrack**
Danielle M. Weiss*
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail:jbarrack@barrack.com
dweiss@barrack.com

Stephen R. Basser*
Samuel M. Ward*
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
sward@barrack.com

*Co-Lead Counsel for Lead Plaintiffs*

3

\* Admitted Pro Hac Vice
\*\* Pro Hac Vice Forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s/ Richard S. Wayne
Richard S. Wayne (0022390)