# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE THE SCOTTS MIRACLE-GRO COMPANY SECURITIES LITIGATION | Case No. 2:24-cv-03132-ALM-CMV<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Upon consideration of the motion of Lead Plaintiffs the Employees Retirement System of the City of St. Louis and the Detectives Endowment Association Annuity Fund ("Lead Plaintiffs") to file a Sur-Reply to Defendants' motion to dismiss the consolidated class action complaint,

**IT IS HEREBY ORDERED THAT:**

1.   Lead Plaintiffs' Motion is **GRANTED**.

2.   Lead Plaintiffs' Sur-Reply is deemed filed as of the date of this order.

**IT IS SO ORDERED.**


HON. ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE