**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
|  | : |
|  | : |
|  | : |
|  | : **Case No. 2:24-cv-3132** |
| **IN RE THE SCOTTS MIRACLE-GRO** | : |
| **CO. SEC. LITIG.** | : **Judge Algenon L. Marbley** |
|  | : |
|  | : **Magistrate Judge Chelsey M. Vascura** |
|  | : |
|  | : |

**INTERIM ORDER**

Based upon reasoning and citations of authority to be set forth in an expanded opinion, to be filed within the next thirty days, Defendants' Motions to Dismiss the Amended Complaint for failure to state a claim (ECF No. 54) is **GRANTED** in part and **DENIED** in part, and Lead Plaintiffs' Motion for Leave to file a sur-reply (ECF No. 63) is **DENIED**.

Upon the filing of the aforesaid expanded opinion, this Court will file a judgment entry reflecting said opinion.  This Interim Order is <u>not</u> a final, appealable Order.  The Office of the Clerk of Court is directed <u>not</u> to enter a final judgment entry.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:   March 31, 2026**